IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PAUL LARSON,

        Plaintiff,                                JUDGMENT IN A CIVIL CASE

    v.                                                Case No. 14-cv-517-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Paul Larson remanding this case to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).


      s/ A. Wiseman, Deputy Clerk                   February 25, 2015
      Peter Oppeneer, Clerk of Court                          Date