IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PAUL LARSON,

        Plaintiff,                                       JUDGMENT IN A CIVIL CASE

     v.                                                Case No. 14-cv-517-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Paul Larson attorney fees and costs in the amount of $6,881.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

           s/ A. Wiseman, Deputy Clerk            April 3, 2015
           Peter Oppeneer, Clerk of Court                  Date